```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 28992
    WILLIAM L WILHELM
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES


           Debtor
     SSN XXX-XX-2686


------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the adminstration of the estate pursuant to
11 USC 1302(b)(1).

     1.   The case was filed on 10/27/08 .

     2.   The case was dismissed without confirmation, 12/05/2008.

     3.   The Debtor paid a total of $     400.00 .


------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                              PAID         PAID
------------------------------------------------------------------------------
WASHINGTON MUTUAL BANK     CURRENT MORTG          .00           .00          .00
WASHINGTON MUTUAL BANK     MORTGAGE ARRE   NOT FILED            .00          .00
NATIONSTAR MORTGAGE        CURRENT MORTG          .00           .00          .00
NATIONSTAR MORTGAGE        MORTGAGE ARRE   NOT FILED            .00          .00
FORD MOTOR CREDIT CO       SECURED VEHIC          .00           .00       378.80
PEOPLES GAS                UNSECURED       NOT FILED            .00          .00
RESOURCE MANAGEMENT        UNSECURED       NOT FILED            .00          .00
AARONS SALES & LEASE       UNSECURED       NOT FILED            .00          .00
AT&T MOBILITY LLC          UNSECURED       NOT FILED            .00          .00
CAPITAL ONE BANK           UNSECURED       NOT FILED            .00          .00
HSBC                       UNSECURED       NOT FILED            .00          .00
SPRING GREEN LAWN CARE     UNSECURED       NOT FILED            .00          .00
          Summary of disbursements:
------------------------------------------------------------------------------
                   SECURED    PRIORITY    UNSECURED      OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00         .00          .00         .00           .00
PRINCIPAL PAID      378.80         .00          .00         .00        378.80
INTEREST PAID          .00         .00          .00         .00           .00
TOTAL PAID          378.80         .00          .00         .00        378.80
The Debtor's attorney, WEBSTER & SCHELLI        , was allowed $          .00
and was paid $       .00 .

The Trustee received $     21.20 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 03/13/09                    /s/
                           GLENN STEARNS
                           CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
      CASE NO. 08 B 28992 WILLIAM L WILHELM
```